**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2252**

In re:  JEFFREY A. PLEASANT, a/k/a Jeffrey A. Pleasants,

Petitioner.

On Petition for Writ of Mandamus.  (3:00-cr-00071-REP-RCY-1)

Submitted:  February 5, 2019                    Decided:  February 8, 2019

Before GREGORY, Chief Judge, and WILKINSON and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jeffrey A. Pleasant, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Pleasant petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered its final order denying Pleasant's § 2255 motion on January 2, 2019. Accordingly, because the district court has recently decided Pleasant's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*